UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN EZRA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLO A. SPIGA,<br><br>    Defendant. | NO. CV 15-8585-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion for judgment on the pleadings is granted and this action is dismissed without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994.)

DATED: July 13, 2018

_____
OTIS D. WRIGHT, II
United States District Judge